STATE OF LOUISIANA IN THE INTEREST OF D.J.

VERSUS

.

   *     NO. 2023-CA-0412

   *     COURT OF APPEAL

   *     FOURTH CIRCUIT

   *     STATE OF LOUISIANA

   *

   *

* * * * * * *

*RDJ* JOHNSON, J., DISSENTS FOR THE REASONS ASSIGNED BY JUDGE JENKINS